IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FYR SFR BORROWER, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:25-CV-5947-AT-JSA |
| WILLIAM CARTER, and all other occupants, | : |
| | : |
| | : |
| Defendants. | : |

# **O R D E R**

Attached is the report and recommendation of the United States Magistrate Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Civil Local Rule 72.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the report and recommendation within fourteen (14) days of service of this Order. Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. A party that fails to object to a magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the District Court's order based on any factual or legal conclusions in the report and recommendation to which no objection was timely

made, and if no objections are filed, the report and recommendation may be adopted as the order of the District Court and any appellate review of the factual and legal findings will be limited to a plain error review. 11th Cir. R. 3B1.

The Clerk is **DIRECTED** to submit the report and recommendation with objections, if any, to the District Court after expiration of the above time period.

**IT IS SO ORDERED** this 27th day of October, 2025.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE