# Details - Case # 2025CM21642 - Envelope # 19767178

## Envelope

**Envelope ID**
19767178

**Submitted date**
10/28/2025 3:41 PM

**Submitted by**
Jill Ayers

**Username**
jill_ayers@gand.uscourts.gov

## Case Information

**Court Location**
Clayton Magistrate Court

**Case Type**
Dispossessory

**Case Category**
Civil

## Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Plaintiff | FYR SFR BORROWER, LLC | MATTHEW TOTTEN,MATTHEW TOTTEN |
| Defendant | William Carter | |

## Filings

**Filing Code**
Letter to Judge - Not Answer

**Filing Type**

💬 **Support**

**Filing Description**
Order of Remand - USDC, Northern Georgia

Client Ref #

**1-25-cv5947-AT**



## Fees

Payment account

**Clerk, U.S. District Court, Northern Georgia**

Party responsible for envelope fees

**William Carter**

Filing attorney

**Kevin P Weimer**

Order ID

Transaction Response

Transaction Amount

**$0.00**

Transaction ID

| | |
|---|---|
| **Total** | **$0.00** |
| **Waiver Selected** | |